```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JACKSON BARROS,                   )
     Petitioner,                  )    CIVIL ACTION NO.
                                  )    05-10623-DPW
     v.                           )
                                  )
UNITED STATES OF AMERICA,         )
     Respondent.                  )
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered November 1, 2005, denying the Petition for Habeas Corpus relief under 28 U.S.C. §2255, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

```
                              BY THE COURT,


                              /s/ Michelle Rynne
                              Deputy Clerk
```

DATED: November 1, 2005