November 28, 2005
Clerk of the Court
United State District Court
District of Mass.
1 Courthouse Way
Boston, Mass 02210

Jackson Barros
24664-038
F.P.C McKean / F-unit
PO Box 5000
Bradford, PA
16701

RE: Barros vs U.S of America
Dkt. No. 05-10623 (DPW)

Dear Clerk:

I am writing to inform the court of my new address listed above.
I respectfully ask that all correspondence please be forwarded to me at this new address.
In addition, I ask that the decision of my recent appeal plese be forwarded to me.

Sincerely

Jackson Barros
24664-038
F.P.C McKean

Happy Hoilcays!